IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:13-CR100 MAC |
| | § | |
| COLE PEARCE WHITEFOOT (1) | § | |

**AMENDED REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 31, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Tom Gibson.

On September 4, 2014, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of forty-six (46) months imprisonment followed by a three (3) year term of supervised release for the offense of Possession of a Stolen Firearm. Defendant began his term of supervision on June 30, 2017. This case was transferred to the Honorable Marcia A. Crone on December 27, 2017.

On March 6, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 46). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not unlawfully possess a controlled substance. Defendant shall refrain from any unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except

as prescribed by a physician; (3) Defendant shall report to the probation officer and complete a written report within the first five days of each month; and (4) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation office, until such time as Defendant is released from the program by the probation officer. Defendant shall pay any cost associated with treatment and testing.

The Petition alleges that Defendant committed the following violations: (1) Defendant submitted a urine specimen on December 13, 2017, which tested positive for methamphetamine. On December 20, 2017, Defendant verbally admitted to said drug use; (2) Defendant submitted a urine specimen on January 23, and January 30, 2018, which tested positive for methamphetamine. Additionally, on February 1, 2018, Defendant verbally admitted to said drug use. On February 13, 2018, Defendant submitted a urine specimen which tested positive for methamphetamine. On February 14, 2018, Defendant verbally admitted to said drug use; (3) Defendant submitted a urine specimen on February 19, 2018, which tested positive for methamphetamine. Defendant verbally admitted to said drug use on February 19, 2018. All specimens were confirmed positive by Alere Laboratory, Inc.; (4) Defendant failed to submit a written monthly report within the first five days of the month for the months of June, July, September, and November, 2017. Defendant also failed to submit a written report within the first five days of the month during the month of March 2018; and (5) Defendant failed to attend substance abuse treatment at Fletcher Counseling, Plano, Texas, as scheduled on October 13, October 31, 2017, and January 26, 2018. On January 29, 2018, Defendant admitted to tampering with his urine specimen. Additionally, Defendant failed to submit to a urine specimen that same date as directed at Addiction Resources Treatment, McKinney, Texas.

At the hearing, Defendant entered a plea of true to Allegations 1 and 2.  Defendant waived

his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

### RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 31, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, with a two (2) year term of supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Seagoville, if appropriate, or a facility in North Texas, if appropriate.

**SIGNED this 7th day of June, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE